■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK D. HILLENDALE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Callahan, A. P. J., Denman, Green, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD J. SCHAFER, Appellant.—Judgment unanimously affirmed. Memorandum: County Court properly imposed upon defendant an eight month definite sentence to be served consecutively to the undischarged portion of a nine month definite sentence previously imposed for an unrelated violation of probation based on a separate crime *(see,* Penal Law § 70.25 [1]). (Appeal from Judgment of Genesee County Court, Morton, J.—Violation of Probation.) Present—Callahan, A. P. J., Denman, Green, Balio and Davis, JJ.